**Order entered June 24, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00133-CV

**SKY CAPITAL GROUP, LTD, Appellant**

**V.**

**BOMBARDIER, INC. ET AL., Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-08-02249**

## ORDER

The Court has before it appellant's June 20, 2013 unopposed motion for additional extension of time to file its brief. The Court **GRANTS** the motion and **ORDERS** appellant to file its brief by August 5, 2013. No further extensions will be granted absent a showing of exceptional circumstances.

/s/     ELIZABETH LANG-MIERS
        JUSTICE